4280823.2

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Middle District of Florida | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Basil Street Partners, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>200218740 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3530 Kraft Rd., Suite 204<br>Naples, FL 34105 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Collier County, Florida ZIP CODE 34105 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Jack Antaramian (see attached)<br>Signature of Petitioner or Representative (State title)<br>**Antaramian Properties, LLC**<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>4500 Gordon Drive<br>Naples, FL 34102 | x /s/ John S. Sarrett (see attached)<br>Signature of Attorney  **John S. Sarrett**    Date<br>**Theodore L. Tripp, Jr., Esq. - Hahn Loeser & Parks LLP**<br>Name of Attorney Firm (If any)<br>2532 East First Street, Fort Myers, FL 33901-2431<br>Address<br>**(239) 337-6700**<br>Telephone No. |
| x /s/ Timothy R. Qualls (see attached)<br>Signature of Petitioner or Representative (State title)<br>**Young Van Assenderp, P.A.**<br>Name of Petitioner                   Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**Gallie's Hall**<br>**225 South Adams Street**<br>**Suite 300**<br>~~Post Office Box 1833~~<br>**Tallahassee, FL 32301** | x /s/ Roy Young (see attached)<br>Signature of Attorney                    Date<br>**Roy Young, Esq. - Young Van Assenderp, P.A.**<br>Name of Attorney Firm (If any)<br>225 South Adams Street, Suite 300, Tallahassee, FL 32301<br>Address<br>**850-222-7206**<br>Telephone No. |
| x /s/ Todd Turrell (see attached)<br>Signature of Petitioner or Representative (State title)<br>**Turrell, Hall & Associates, Inc.**<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>**3584 Exchange Ave**<br>**Naples, FL 34104-3732** | x /s/ Mark H. Muller (see attached)<br>Signature of Attorney                    Date<br>**Mark H. Muller, Esq. - Mark H. Muller, P.A.**<br>Name of Attorney Firm (If any)<br>5150 Tamiami Trail N., Ste 303, Naples, FL 34013<br>Address<br>**(239) 774-1436**<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Antaramian Properties, LLC | Unsecured mortgage debt | Unsecured portion $10,000* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| **Young Van Assenderp, P.A.** | **Unsecured/Services** | **$22,623.48** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Turrell, Hall & Associates, Inc. | **Unsecured Const. Lien** | **$63,846.86*** * |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

 1  continuation sheets attached

*Antaramian Properties, LLC holds mortgage debt of not less than $ **36,000,000**  of which $10,000.00 is unsecured. Antaramian Properties, LLC does not waive any rights with respect to its secured claim.
** **Principal only. Turrell, Hall & Associates, Inc. does not waive any rights with respect to interest, court costs or attorneys' fees.**

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Matt H. Nolton (see attached)
Signature of Petitioner or Representative (State title)
Forge Engineering, Inc.
Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual           PO Box 113040
Signing in Representative        Naples, FL 34108
Capacity

x /s/ Andrew Solis (see attached)
Signature of Attorney                              Date
Andrew Solis, Esq. - Cohen & Grigsby, P.C.
Name of Attorney Firm (If any)
27200 Riverview Center Blvd., Bonita Springs, FL 34134
Address
239-390-1900
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Forge Engineering, Inc. | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  | | |

Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2  Name of Debtor __East Street Partners, LLC__

Case No. _____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _(signature)_ 10/19/11
Signature of Petitioner or Representative (State title)
Antaremian Properties, LLC
Name of Petitioner                        Date Signed

Name & Mailing
Address of Individual        4500 Gordon Drive
Signing in Representative    Naples, FL 34102
Capacity

X _(signature)_ 10/19/11
Signature of Attorney                     Date
Theodore L. Tripp, Jr., Esq. - Hahn Loeser & Parks LLP
Name of Attorney Firm (If any)
2532 East First Street, Fort Myers, FL 33901-2431
Address
(239) 337-6700
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)
Young Van Assenderp, P.A.
Name of Petitioner                        Date Signed

Name & Mailing
Address of Individual        Gallie's Hall
Signing in Representative    225 South Adams Street
Capacity                     Suite 300
                             Post Office Box 1833
                             Tallahassee, FL 32301

X _____               Date
Signature of Attorney
  Roy Young, Esq. - Young Van Assenderp, P.A.
Name of Attorney Firm (If any)
225 South Adams Street, Suite 300, Tallahassee, FL 32301
Address
  850-222-7206
Telephone No.

---

X _(signature)_ 10/19/11
Signature of Petitioner or Representative (State title)
Turrell, Hall & Associates, Inc.
Name of Petitioner                        Date Signed

Name & Mailing
Address of Individual        3584 Exchange Ave
Signing in Representative    Naples, FL 34104-3732
Capacity

X _(signature)_ _____  Date
Signature of Attorney
  Mark H. Muller, Esq. - Mark H. Muller, P.A.
Name of Attorney Firm (If any)
5150 Tamiami Trail N., Ste 303, Naples, FL 34103
Address
(239) 774-1436
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Antaremian Properties, LLC | Unsecured mortgage debt | Unsecured portion $10,000* |
| Young Van Assenderp, P.A. | Unsecured/Services | $22,623.45 |
| Turrell, Hall & Associates, Inc. | Unsecured Const. Lien | $63,844.86** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__1__ continuation sheets attached

*Antaremian Properties, LLC holds mortgage debt of not less than $_____, of which $10,000.00 is unsecured. Antaremian Properties, LLC does not waive any rights with respect to its secured claim.
** Principal only. Turrell, Hall & Associates, Inc. does not waive any rights with respect to interest, court costs or attorneys' fees.

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Basil Street Partners, LLC

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                  Date |
| Antaramian Properties, LLC | Theodore L. Tripp, Jr., Esq. - Hahn Loeser & Parks LLP |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
|  | 2532 East First Street, Fort Myers, FL 33901-2431 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 4500 Gordon Drive | (239) 337-6700 |
| Naples, FL 34102 | Telephone No. |

| x  /s/ Smith R. [signed]   Sec | x  /s/ Roy C. Young   10/19/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                  Date |
| Young Van Assenderp, P.A.           10/19/11 | Roy Young, Esq. - Young Van Assenderp, P.A. |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
|  | 225 South Adams Street, Suite 300, Tallahassee, FL 32301 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Gallie's Hall | 850-222-7206 |
| 225 South Adams Street | Telephone No. |
| Suite 300 |  |
| ~~Post Office Box 1833~~ |  |
| Tallahassee, FL 32301 |  |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                  Date |
| Turrell, Hall & Associates, Inc. | Mark H. Muller, Esq. - Mark H. Muller, P.A. |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
|  | 5150 Tamiami Trail N., Ste 303, Naples, FL 34013 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 3584 Exchange Ave | (239) 774-1436 |
| Naples, FL 34104-3732 | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Antaramian Properties, LLC | Unsecured mortgage debt | Unsecured portion $10,000* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Young Van Assenderp, P.A. | Unsecured/Services | $22,623.48 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Turrell, Hall & Associates, Inc. | Unsecured Const. Lien | $63,846.86** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_1_ continuation sheets attached

*Antaramian Properties, LLC holds mortgage debt of not less than $_____ of which $10,000.00 is unsecured.
Antaramian Properties, LLC does not waive any rights with respect to its secured claim.
** Principal only. Turrell, Hall & Associates, Inc. does not waive any rights with respect to interest, court costs or attorneys' fees.

Official Form 5, Involuntary Petition (12/08) – Page 2      Name of Debtor Basil Street Partners, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_       x _[signature]_  10/18/11
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Forge Engineering, Inc.     10/18/11     Andrew Solis, Esq. - Cohen & Grigsby, P.C.
Name of Petitioner    Date Signed     Name of Attorney Firm (If any)

Name & Mailing Address of Individual    PO Box 113040     27200 Riverview Center Blvd., Bonita Springs, FL 34134
Signing in Representative Capacity    Naples, FL 34108     Address

    239-390-1900
    Telephone No.

x _____     x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity    Address

   Telephone No.

x _____     x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity    Address

   Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Forge Engineering, Inc. | Unsec. Const. Lien | $17,950.02 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached