# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

BASIL STREET PARTNERS, L.L.C.　　　　　　　Case No.:　9:11-bk-19510-JPH
　　EIN:　20-0218740
　　　　　　Alleged Debtor.　　　　　　　　Involuntary Petition Pending
　　　　　　　　　　　　　　　　　　　　　for Relief Under Chapter 7
_____/

## ORDER DIRECTING THE APPOINTMENT OF
## AN INTERIM CHAPTER 7 TRUSTEE

THIS CASE comes before this Court for emergency hearing on October 20, 2011 at 3:30 p.m., to consider the Emergency Motion to Appoint Trustee Pursuant to Section 303(g) of the Bankruptcy Code, jointly filed by the Petition Creditors in this involuntary case commenced on October 19, 2011. See Mot. (Doc. No. 4). Upon a review of the record, motions and this Court having heard argument from counsel for the Alleged Debtor, counsel for the United States Trustee, counsel for the Petitioning Creditors, counsel for the State Court Receiver, and counsel for an entity purportedly proposing post-petition financing, finds and concludes that the motion is due to be granted and the United States Trustee be directed to appoint an interim chapter 7 trustee to serve in this case under Section 701, title 11, United States Code.

Accordingly, for the reasons stated upon the record in open court and for good cause found; **IT IS ORDERED** as follows:

1. That the Emergency Motion to Appoint Trustee Pursuant to Section 303(g) of the Bankruptcy Code, (Doc. No. 4), be and is hereby **GRANTED** solely to the extent set forth herein; and further

2. That the United States Trustee for Region 21 be and is hereby **DIRECTED**, in accordance with 11 U.S.C. §303(g), to appoint an interim chapter 7 trustee to serve in this case under Section 701, title 11, United States Code.

3. That nothing herein shall prejudice the rights of the Alleged Debtor, which are preserved subject to the above.

**DONE** and **ORDERED** in Chambers on October 21, 2011.

_____
**JEFFERY P. HOPKINS**
United States Bankruptcy Judge

**Copies furnished to:**
**All Parties**

Basil Street Partners, L.L.C.
3530 Kraft Rd., Suite 204
Naples, FL 34105

Alan J. Perlman
Roetzel & Andress, P.A.
P.O. Box 30310
Fort Lauderdale, FL 33303